

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Raul Arellano

Plaintiff,

V.

E. Ojeda, Correctional Sergeant;
L. Helmick, Correctional Officer; O. Mack, Correctional Officer; Unknown Officer #1; Unknown Officer #2

Defendant.

Civil Action No.   14cv2401-MMA(JLB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment. The Clerk of Court is instructed to enter judgment accordingly and close the case.

Date:   3/30/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ R. Chapman

R. Chapman, Deputy