# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO, JR.,<br><br>Plaintiff,<br><br>v.<br><br>E. OJEDA, et al.,<br><br>Defendants. | Case No. 14cv2401-MMA (JLB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE**<br><br>[Doc. No. 113] |

Plaintiff Raul Arellano, Jr. is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to the Civil Rights Act, 42 U.S.C. § 1983. On December 2, 2019, the Court granted summary judgment in favor of Defendants based on qualified immunity, and the Clerk of Court entered judgment accordingly. *See* Doc. Nos. 105, 106. Plaintiff now moves to reopen the case. *See* Doc. No. 113. Plaintiff contemporaneously moves for reconsideration and relief from judgment pursuant to Federal Rule of Civil Procedure 59(e). *See* Doc. No. 114. The reasons set forth in support of Plaintiff's motion to reopen the case are more properly considered in relation to his pending motion for reconsideration.

Accordingly, the Court **DENIES** Plaintiff's motion to reopen the case without prejudice. The Court will consider the arguments raised therein when ruling via separate written order on Plaintiff's request for relief from judgment pursuant to Rule 59(e).

**IT IS SO ORDERED**.

DATE: January 7, 2020

/s/ Michael M. Anello
HON. MICHAEL M. ANELLO
United States District Judge